MICHAEL HUZINEK, Appellant, *v.* EAST SIDE OMNIBUS CORPORATION, Respondent.

Submitted January 8, 1945; decided January 16, 1945.

*Harry Fieldsteel* for motion.

*Jacob I. Goodstein* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that until judgment had been entered the action is still pending, and that the order does not finally determine the action within the meaning of the Constitution.